IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OMEGA PATENTS, LLC,
a Georgia limited liability company,

      Plaintiff,

    vs.                              **Civil No. 1:09-cv-03474-JOF**

CALAMP CORP.,
a Delaware corporation,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41, Fed.R.Civ.P., Plaintiff hereby gives notice that they stipulate to the voluntary dismissal of this action with prejudice, without each party to bear its own attorneys' fees and costs.

Respectfully submitted June 14, 2010.

                                      */s/Brian R. Gilchrist*
                                      Brian R. Gilchrist
                                      Florida Bar No. 774065
                                      bgilchrist@addmg.com
                                      Ryan T. Santurri
                                      Florida Bar No. 0015698
                                      rsanturri@addmg.com
                                      **ALLEN, DYER, DOPPELT**
                                        **MILBRATH & GILCHRIST, P.A.**
                                       255 South Orange Avenue, #1401
                                      Post Office Box 3791
                                      Orlando, FL  32802-3791
                                      Telephone:   407-841-2330
                                      Facsimile:   407-841-2343

Kenneth R. Bernard, Jr.
Georgia Bar No. 054844
kbernard@sherrodandbernard.com
John W. Sherrod
Georgia Bar No. 642360
jsherrod@sherrodandbernard.com
**SHERROD & BERNARD**
8470 Price Avenue
Post Office Box 1154
Douglasville, GA  30133-1154
Telephone:   770-920-8350
Facsimile:   770-920-8970

**Attorneys for Plaintiff,**
Omega Patents, LLC

## CERTIFICATE OF FILING

    I HEREBY CERTIFY that on June 14, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

    I further certify that a courtesy copy has been sent by electronic transmission to the follow non-CM/ECF participant:

David Bailey, Esq.
david.bailey@kppb.com
**KAUTH, POMEROY, PECK
  & BAILEY LLP**
2875 Michelle Drive, Suite 110
Irvine, CA 92606
Telephone:   949-242-1023
Facsimile:   949-852-0004

    /s/Brian R. Gilchrist

S:\AIMDOCS\OMEGA\0058277\MA8748.DOC